## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) | ) | 3:09-md-02100-DRH |
| MARKETING, SALES PRACTICES AND | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2100 |
|  | ) | |

**This Document Relates To:**

*Gabriela A. Iglesias v. Bayer AG, et al*          No. 12-cv-11604-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation filed on August 2, 2016, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
      **Deputy Clerk**

Judge Herndon
2016.08.05
14:19:26 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT